No. 78–49. SOUTHERN RAILWAY CO. ET AL. *v.* ELLINGTON, GOVERNOR OF TENNESSEE, ET AL. Sup. Ct. Tenn. Certiorari denied. MR. JUSTICE BLACKMUN would grant certiorari. MR. JUSTICE POWELL took no part in the consideration or decision of this petition.

No. 78–66. ANGELINO ET AL. *v.* DODSON ET AL. C. A. 3d Cir. Motion of respondents Dodson et al. for leave to proceed *in forma pauperis* granted. Certiorari denied. 

No. 78–92. FIRST NATIONAL BANK OF MEMPHIS *v.* SMITH ET AL. Sup. Ct. Ark. Certiorari denied. MR. JUSTICE WHITE, MR. JUSTICE BLACKMUN, and MR. JUSTICE POWELL would grant certiorari. 

No. 78–135. JAGO, CORRECTIONAL SUPERINTENDENT *v.* JONES. C. A. 6th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied. THE CHIEF JUSTICE and MR. JUSTICE STEWART would grant certiorari. 

No. 76–1382. UNITED STATES *v.* SCOTT, 437 U. S. 82;

No. 76–1650. OHRALIK *v.* OHIO STATE BAR ASSN., 436 U. S. 447;

No. 77–444. PENN CENTRAL TRANSPORTATION CO. ET AL. *v.* NEW YORK CITY ET AL., 438 U. S. 104;

No. 77–528. FEDERAL COMMUNICATIONS COMMISSION *v.* PACIFICA FOUNDATION, 438 U. S. 726;

No. 77–1217. SIMKOVICH *v.* UNITED STATES, 436 U. S. 925;

No. 77–1253. NIMMO ET AL. *v.* GRAINGER ET AL., 436 U. S. 932; and

No. 77–1304. McADAMS *v.* BELL, ATTORNEY GENERAL, ET AL., 435 U. S. 997. Petitions for rehearing denied.